IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**LASSINE B. NIAMBELE**   :   CIVIL ACTION
:
v.   :
:
**SEPTA**   :   NO. 11-3651

O R D E R

AND NOW, this 31st day of July, 2012, upon consideration of plaintiff Lassine B. Niambele's motion to proceed *in forma pauperis* (Document No. 3) and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons stated in the Court's Memorandum. Mr. Niambele is given leave to file an amended complaint within thirty (30) days of the date of this Order. If he fails to do so, his case will be marked CLOSED. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

3. Mr. Niambele's motions for appointment of counsel are DENIED without prejudice.

BY THE COURT:

_____
GENE E.K. PRATTER, J.